ACCEPTED
03-15-00404-CR
7803560
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/12/2015 2:57:37 PM
JEFFREY D. KYLE
CLERK

## 03-15-00404-CR

| | | | |
|---|---|---|---|
| **AUSTIN BYROM,** | § | **IN THE** | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| **Appellant** | § | | |
| **VS.** | § | **THIRD COURT** 11/12/2015 2:57:37 PM | |
| | § | | JEFFREY D. KYLE |
| **STATE OF TEXAS,** | § | **OF APPEALS** Clerk | |
| **Appellee** | | | |

## APPELLANT'S FIRST MOTION TO EXTEND TIME TO FILE BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Austin Myles Byrom, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 207th Judicial District Court of Comal County, Texas.

2. The case below was styled the <u>STATE OF TEXAS vs. AUSTIN MYLES BYROM</u>, and numbered CR2014-130

3. Appellant was convicted of Capital Murder.

4. Appellant was assessed a sentence of life without parole on 6/17/2015.

5. Notice of appeal was given on 7/1/2015.

6. The clerk's record was filed on <u>10/13/2015</u>; the reporter's record was filed on <u>9/14/2015.</u>

7. The appellate brief is due on <u>11/12/2015.</u>

8. Appellant requests an extension of time of 45 days to December 28, 2015.

9. No prior extensions have been received in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

In addition to near daily court settings, and preparation for three trials set in December, counsel just filed a brief in *Alicia Perez v. State of Texas* in this court, No. 03-15-00232-CR on this date, November 12, 2015. Further, counsel must next write and file a brief in *Jeffrey Moore v. State of Texas*, No. 03-15-00338-CR due November 25, 2015.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this First Motion To Extend Time to File Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Schoon Law Firm, P.C.
200 N. Seguin Avenue
New Braunfels, Texas 78130
Tel: (830) 627-0044
Fax: (830) 620-5657
susan@schoonlawfirm.com
By:_____
Susan Schoon
State Bar No. 24046803
Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that on November 12, 2015 a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Comal County, Texas by email to preslj@co.comal.tx.us.

_____
Susan Schoon